FILED

AUG 27 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VIOLET C. CRNICH,<br><br>Defendant. | CR 18-16-BLG-SPW<br><br>ORDER |

The Court having been advised by the U.S. Marshals Service that Defendant cannot be transported by September 5, 2018,

IT IS HEREBY ORDERED that the change of plea hearing is set for Wednesday, September 5, 2018 at 10:30 a.m. is VACATED and RESET for **Wednesday, September 26, 2018 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider her motion to change her plea of not guilty to a plea of guilty. The time between August 24, 2018 and September 26, 2018 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the

1

Court on or before September 24, 2018.

DATED this 27th day of August, 2018.

                                                    SUSAN P. WATTERS
                                                    U.S. DISTRICT JUDGE