FILED

DEC 1 0 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-16-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | |
| **VIOLET C. CRNICH,** | **FINAL ORDER OF FORFEITURE** |
| **Defendant.** | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 43). Having reviewed said motion, the Court FINDS:

1.  The United States commenced this action pursuant to 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d);

2.  A Preliminary Order of Forfeiture was entered on January 25, 2019;

3.  All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853 and 881 and 18 U.S.C. § 924(d), free from the claims of any other party:

- $1,359.00 in United States Currency;
- JC Higgins, Model 88, .22 caliber revolver, Serial Number 116285; and
- various ammunition

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this ____9th____ day of December, 2019.

SUSAN P. WATTERS
United States District Court Judge